In the Matter of the Petition of ISRAEL N. THURMAN and SAMUEL FISCHMAN, as Executors and Trustees of the Last Will and Testament of DAVID TAYLOR, Deceased, Appellants, for a Determination as to the Construction of the Last Will and Testament of DAVID TAYLOR, Deceased, Pursuant to the Provisions of Section 145 of the Surrogate's Court Act. FRANCIS P. CALLAHAN, Special Guardian for ALEXANDER ARTHUR TAYLOR and BEATRICE TAYLOR, Infants, Appellant; BENJAMIN TAYLOR and Others, Appellants; FANNIE TAYLOR, Respondent.— Decree of the Surrogate's Court of Kings county modified by striking, therefrom the provision that it was the intention of the testator, as indicated by the provisions of the will and codicil, to appoint his widow, who is not the mother of the infant children (the mother having predeceased the testator by several years), the testamentary guardian of the children until her remarriage, and to direct his executors and trustees to pay to her, for her own use, while the infants reside with her and receive proper care and attention, the sum of fifty dollars a week, and by providing therein, instead, that it be ordered, adjudged and decreed that it was not the intention of the testator that the widow should be the testamentary guardian of his children and to direct his executors and trustees to pay to the widow, for the use of the infants while they reside with her and receive proper care and attention, the sum of fifty dollars a week. As so modified, the decree is affirmed, with costs, payable out of the estate, to all parties appearing and filing briefs. Lazansky, P. J., Young and Carswell, JJ., concur; Rich and Scudder, JJ., concur in the modification with reference to the payment to the widow as the guardian of the children, but dissent to the modification with reference to the payment of fifty dollars a week, upon the ground that it was the intention of the testator that such amount should be paid to the widow for her own use so long as the infant children reside with her and receive proper care and attention.

LOUIS KEILSON, Respondent, v. CHARLES GLASSER, Appellant.— Order appointing receiver and order denying motion for reargument affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

ARTHUR KRAUER, by FREDERICK JOHN KRAUER, His Guardian ad Litem, Appellant, Respondent, v. HELEN J. HOFFMAN, Respondent, and ANNA HOFFMAN, Appellant, Respondent.— Order denying motion that verdict be recorded against both defendants and granting motions to set aside verdict and for a new trial unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

FREDERICK JOHN KRAUER, Appellant, Respondent, v. HELEN J. HOFFMAN, Respondent, and ANNA HOFFMAN, Appellant, Respondent.— Order denying motion that verdict be recorded against both defendants and granting motions to set aside verdict and for a new trial unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

RAIMONDO MALULO, Respondent, v. RESOLVED CORPORATION, Appellant.— Order vacating dismissal of complaint and opening default affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ., concur.